# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2022-00411 | Case no. 1:22-mc-<br><br>**Under Seal** |

## APPLICATION FOR ORDER COMMANDING GOOGLE, LLC NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUMMONS

The United States requests that the Court order Google, LLC not to notify any person (including the subscribers and customers of the account(s) listed in the summons) of the existence of the attached summons for 180 days, until December 28, 2022.

Google, LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached summons, which requires Google, LLC to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached summons relates to an ongoing criminal investigation that is not public nor is its full extent known to the target of the investigation, and its disclosure may alert the target to the nature of the ongoing investigation. I have concerns that the target of this investigation may destroy evidence if alerted of the status of the investigation. Accordingly, there is reason to believe that notification of the existence of the attached summons will seriously jeopardize the investigation or unduly delay a trial, including by

giving the target an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the summons, the subject under investigation could destroy that evidence.

  WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google, LLC not to disclose the existence or content of the attached summons for approximately 180 days, except that Google, LLC may disclose the attached summons to an attorney for Google, LLC for the purpose of receiving legal advice.

  The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor fully known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

                   Respectfully submitted,

                   JANE E. YOUNG
                   United States Attorney

July 1, 2022             /s/ Kasey Weiland
                   Kasey Weiland
                   Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2022-00411 | Case no. 1:22-mc-47-AJ <br><br> **Under Seal** |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, LLC an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the summons) of the existence of the attached summons until December 28, 2022.

The Court determines that there is reason to believe that notification of the existence of the attached summons will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, LLC shall not disclose the existence of the attached summons, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days, except that Google, LLC may disclose the attached summons to an attorney for Google, LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____                              _____
Date:                                            Andrea K. Johnstone
                                                 United States Magistrate Judge

Homeland Security Investigations
Homeland Security Investigations
275 Chestnut Street
Manchester, NH 03101



# Cover Sheet

**To:** Google LLC
Subpoena Compliance
Google Legal Investigations Support
1600 Amphitheatre Parkway
Mountain View, CA 94043

Contact Phone: 844-383-8524

**From:** Adam M. Rayho

☐ Urgent   ☒ Action   ☐ Concurrence   ☐ FYI

**Date** 6/30/2022
**Electronic Service Methods:**

**Fax:** (Not Available)

**E-Mail:** USLawEnforcement@google.com

**Phone:** 603-629-2716

**Number of pages including cover:** 4

**Comments**:

Attached is subpoena/summons #: ICE-HSI-MF-2022-00411.

Please respond by July 14, 2022

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Subpoena Compliance<br>Google Legal Investigations Support<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number  ICE-HSI-MF-2022-00411

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear | (B) Date |
|---|---|
| Name  Adam M. Rayho<br>Title  Task Force Officer<br>Address  Homeland Security Investigations<br>  Homeland Security Investigations<br>  275 Chestnut Street<br>  Manchester, NH 03101<br>Telephone Number  603-629-2716   Fax: 603-626-1792 | July 14, 2022<br><br>(C) Time<br><br>9:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br><br>Adam M. Rayho | 5. Date of issue   June 30, 2022<br><br>By __________<br>(Signature) |
|---|---|
|  | 6. Name, title, address and telephone number of person issuing this summons<br>Name  Matthew B. Millhollin<br>Title  Special Agent In Charge<br>Address  Homeland Security Investigations<br>  10 Causeway Street<br>  Rm 722<br>  Boston, MA 02222<br>Telephone  617-565-7401 |
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | |

DHS Form 3115 (6/09)

# CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

| **A. CERTIFICATE OF SERVICE OF SUMMONS** |||
|---|---|---|
| I certify that I served the summons on the front of this form as follows: |||
| ☐ I delivered a copy of the summons to the person to whom it was directed, as follows: | Address or Location | Date |
| | | Time ☐ a.m. ☐ p.m. |
| ☐ (For corporations, partnerships, and unincorporated associations which may be sued under a common name) I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | Address or Location | Date |
| | | Time ☐ a.m. ☐ p.m. |
| | Name of person to whom the summons was delivered | |
| Signature |||
| Title | | Date |

| **B. ACKNOWLEDGMENT OF RECEIPT** |||
|---|---|---|
| I acknowledge receipt of a copy of the summons on the front of this form. |||
| Signature |||
| Title | Date | Time ☐ a.m. ☐ p.m. |

DHS Form 3115 (6/09)

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Subpoena Compliance<br>Google Legal Investigations Support<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS** (Continuation)<br><br>**to Appear and/or Produce Records**<br>19 U.S.C. § 1509 |

Summons Number   ICE-HSI-MF-2022-00411

3. Records required to be produced for inspection (continued)

The following applies if checked:

 **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Pursuant to an investigation being conducted by the Department of Homeland Security, Homeland Security Investigations, as authorized by Title 18, United States Code 2703(c)(2), please disclose the following information:

Subscriber Information: Please provide the name, address, connection records (including IP addresses for all sessions, including the IP address used to set up the account) or records of session times, duration, length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; means of source of payment for such service (including credit card and/or bank account number) for the following email address:

ccsogator@gmail.com

**Method of Response:**

   **Preferred:**

   Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Task Force Officer Adam M. Rayho at Adam.M.Rayho@ice.dhs.gov.

   NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

   **Alternates:**

   The records should be delivered to Task Force Officer Adam M. Rayho at U.S. Immigration and Customs Enforcement, Homeland Security Investigations, Homeland Security Investigations, 275 Chestnut Street, Manchester, NH 03101.

   If you have questions, please contact Task Force Officer Adam M. Rayho at 603-629-2716.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document

Box 3 (continued) – Page 1 of 1